# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA LLOYD-HENRY EVANS,
A/K/A JOSHUA LLOYDHENRY EVANS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78398

**FILED**

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on December 7, 2017. Appellant did not file the notice of appeal, however, until March 18, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ Cadish , J.
Cadish

19-15169

cc: Hon. Tierra Danielle Jones, District Judge
Joshua Lloyd-Henry Evans
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A